HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHRISTIAN ROBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTIAN ROBEY, <br><br> Defendant. | Case No. 6:15-mj-00109-MJS <br><br> STIPULATION TO CONTINUE REVIEW HEARING; ORDER <br><br> Date:   November 1, 2016 <br> Time:   10:00 a.m. <br> Judge:  Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Christian Robey, that the review hearing currently scheduled for October 4, 2016, may be moved to November 1, 2016, at 10:00 a.m.

On December 2, 2015, Mr. Robey pled guilty to operating a motor vehicle with an alcohol concentration of 0.08 grams or more of alcohol per 210 liters of breath in violation of 36 C.F.R. § 4.23(a)(2) and failing to maintain control of his vehicle in violation of 36 C.F.R. § 4.22(b)(3).  That same date, the Court sentenced Mr. Robey to twelve months of unsupervised probation (to expire December 1, 2016), with the conditions that he obey all laws, report any new arrests or citations to the Court and Legal Office within seven days, pay a $1,200 fine, and complete the First Time DUI Offender Program within eleven months (by November 1, 2016).

Mr. Robey has paid his fine in full.  However, he will not complete the First Time DUI Offender Program before the October 4, 2016 review hearing.  His last group session is on

1  October 3, 2016, and his exit interview is on October 4, 2016.  It generally takes program

2  providers ten days to issue a certificate of completion following the exit interview.  Thus, Mr.

3  Robey anticipates being able to provide a certificate of completion to the Court and Legal Office

4  in mid-October.

5      The parties request that the Court continue the review hearing currently scheduled for

6  October 4, 2016, to November 1, 2016.  This continuance will allow Mr. Robey to complete the

7  First Time DUI Offender Program prior to the review hearing and provide proof to the Court and

8  Legal Office.  This continuance is requested with the intention of conserving time for the parties

9  and the Court.

10      Respectfully submitted,

11      BENJAMIN B. WAGNER
    United States Attorney

12

13  Date:  September 23, 2016    /s/ Susan St. Vincent
    Susan St. Vincent
14      Yosemite Legal Officer
    Attorney for Plaintiff
15

16      HEATHER E. WILLIAMS
    Federal Defender
17

18  Date: September 23, 2016    /s/ Erin Snider
    ERIN SNIDER
19      Assistant Federal Defender
    Attorney for Defendant
20      CHRISTIAN ROBEY

21

22  **O R D E R**

23      The Court hereby grants the parties' request to continue the review hearing from October

24  4, 2016, to November 1, 2016, at 10:00 a.m.

25

26  IT IS SO ORDERED.

27

28      Dated:   September 23, 2016    /s/ Michael J. Seng
    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28