| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | CHRISTIAN ROBEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00109-MJS |
| Plaintiff, | ) | MOTION TO VACATE NOVEMBER 1, 2016 REVIEW HEARING;  ORDER |
| vs. | ) | |
| CHRISTIAN ROBEY, | ) | |
| Defendant. | ) | |

Defendant Christian Robey hereby requests that the Court vacate the November 1, 2016 review hearing, as Mr. Robey is in full compliance with the terms of his probation.

On December 2, 2015, the Court sentenced Mr. Robey to twelve months of unsupervised probation, with the conditions that he obey all laws, pay a $1,200 fine, complete the First Time DUI Offender Program through the California Department of Motor Vehicles, and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law.  Mr. Robey has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

1                                                 Respectfully submitted,

2                                                 HEATHER E. WILLIAMS
Federal Defender

4 Date: October 19, 2016                    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CHRISTIAN ROBEY

**O R D E R**

Based on the parties' joint representation that Mr. Robey has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for November 1, 2016, at 10:00 a.m. in Case No. 6:15-mj-00109-MJS.

IT IS SO ORDERED.

Dated:   October 19, 2016                  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Robey: Motion to
Vacate Review Hearing

2